# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ENGEBRETSON, on behalf of herself and all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>VEROS CREDIT, LLC; and DOES 1 through 10, inclusive, and each of them,<br>Defendants. | Case No.<br><br>5:18-cv-02082-JGB-SHKx<br><br>**Order to dismiss** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this __16th day of April, 2019__

_____
Honorable Jesus G. Bernal
U.S. District Judge